1980540

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **EDINBURG QUEST MEDICAL CENTER** | § § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 7:21-CV-00094 |
| **TRAVELERS CASUALTY INSURANCE COMPANY** | § § § § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this __18th__ day of January, 2022.

Respectfully submitted,

| | |
|---|---|
| **OMAR OCHOA LAW FIRM PC** <br> 121 N. 10th Street <br> McAllen, Texas 78501 <br> (956) 630-3266 Telephone | **BROCK ♦ GUERRA** <br> **STRANDMO DIMALINE JONES, P.C.** <br> 17339 Redland Road <br> San Antonio, Texas 78247-2304 <br> (210) 979-0100 Telephone <br> (210) 979-7810 Facsimile |
| By: _/s/ Omar Ochoa_ <br> OMAR OCHOA <br> S.D. Texas Bar No. 2081960 <br> oochoa@omarochoalaw.com <br> VICTOR RODRIGUEZ, JR. <br> Of Counsel <br> S.D. Texas Bar No. 562260 <br> victor@vrodriguezlaw.com | By: _[signature]_ <br> ROBERT F. SCHEIHING <br> State Bar No. 17736350 <br> bscheihing@brock.law <br><br> **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |