UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EDINBURG QUEST MEDICAL CENTER, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 7:21-cv-00094 |
| § | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, § § § | |
| Defendant. | |

## ORDER

The Court now considers the parties' joint "Stipulation of Dismissal."[1] The parties agree to dismiss all claims in this case with prejudice.[2] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss this action by filing a stipulation signed by all appearing parties. Because the stipulation is signed by all parties who have appeared in this action,[3] the parties have effectively dismissed this case and no further action by this Court is necessary.[4] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 19th day of January 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 11.
[2] *Id.*
[3] *Id.* at 1.
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).